

# Fourth Court of Appeals
## San Antonio, Texas

October 4, 2023

No. 04-23-00508-CR

**EX PARTE** Rogelio **LOPEZ-PEREZ**

From the County Court, Maverick County, Texas
Trial Court No. 31313
Honorable Susan D. Reed, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on October 4, 2023.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of October, 2023.

Michael A. Cruz, Clerk of Court